

February 24, 2023

**VIA ECF**
Honorable Laura Taylor Swain, U.S.D.J.
United State District Court
40 Foley Square, Courtroom 1305
New York, New York 10007

    Re:   *Marco Destin, Inc., et al v. Levy, et al*
             Case No. 22-CV-08459 (LTS)

Dear Judge Swain:

    We are counsel to Defendant, Bennett Krasner, Esq. ("Attorney Krasner"), in the above-referenced action.

    We write in response to Plaintiffs' letter filed earlier this morning, February 24, 2023 [ECF 45] to clarify our discussion with Plaintiffs' counsel referenced therein and any misunderstanding regarding Plaintiffs' statement that "Plaintiffs have since confirmed that Mr. Krasner's counsel … does not intend to join the Levy defendants' reply brief." ECF 45.

    We did not state that Attorney Krasner would not join the Levy Defendants' reply brief. Rather, our statement was that we intend to file a separate brief on behalf of Attorney Krasner. The moving papers submitted on behalf of Attorney Krasner [ECF 35] were filed separately from the Levy Defendants' papers [ECF 30] and Attorney Krasner joined arguments in the Levy Defendants' motion. We intend to do the same in reply.

    We thank the Court for its time and attention.

                        Respectfully,

                **FURMAN KORNFELD & BRENNAN LLP**

                    /s/ Spencer A. Richards
                      Spencer A. Richards
                      Samantha Panny

cc:  All counsel of record (via ECF)

Westchester: 84 Business Park Drive, Suite 211, Armonk, NY 10504  |  Tel: 914-920-4000  |  Fax: 914-347-3898
Long Island: 666 Old Country Road, Garden City, NY 11530  |  Tel: 718-983-3501