**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
MARCO DESTIN, INC., PANAMA SURF &
SPORT, INC., E&T, INC.,

                     Plaintiff,

     -against-                                 22 **CIVIL** 8459 (LTS)

                                                     **<u>JUDGMENT</u>**

SHAUL LEVY, individually and as agent of
L&L WINGS, INC.; MEIR LEVY,
individually and as agent of L&L WINGS,
INC.; ARIEL LEVY, individually and as agent
of L&L WINGS, INC.; and BENNETT
KRASNER, individually and as agent of L&L
WINGS, INC.,

                     Defendants.
-------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated August 28, 2023, the Court has granted the Defendants' motions to dismiss the complaint, and has denied the Levy Defendants' motion insofar as it seeks sanctions. Judgment is entered in favor of the Defendants; accordingly, the case is closed.

**Dated:**  New York, New York

       August 28, 2023

                                                                **RUBY J. KRAJICK**

                                                                   **Clerk of Court**

                           **BY:**      *K. Mango*

                                                                   **Deputy Clerk**